UNITED STATES of America, Plaintiff–Appellee,

v.

**Terrell Demon TULLOS, Defendant–Appellant.**

**No. 06–30540.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Oct. 1, 2007.

Aine Ahmed, Esq., U.S. Attorney's Office, Spokane, WA, for Plaintiff–Appellee.

Dan B. Johnson, Esq., Dan B. Johnson, P.S., Spokane, WA, for Defendant–Appellant.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Terrell Demon Tullos appeals from the district court's judgment and 120–month sentence following his guilty-plea conviction for conspiracy to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tullos' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Tullos did not file a pro se supplemental brief, and the Government did not file an answering brief.

Our independent review of the brief and the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses *no grounds for relief* on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.